Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIAN FULLER,<br>JERRY HUDSON,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>JEH JOHNSON, Secretary, U.S. Department of Homeland Security,<br><br>　　　　　　　　　　Defendant. | No. C14-0208-RSL<br><br>ORDER RENOTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

The parties having so stipulated and agreed, it is hereby ORDERED that Defendant's Motion for Summary Judgment is re-noted for consideration on January 9, 2015. Plaintiffs shall file and serve their response to Defendant's Motion on or before December 1, 2014, and Defendant shall file and serve his reply to Plaintiffs' response on or before January 9, 2015. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 4th day of November, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RENOTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT- 1
2:14-CV-0208- RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970